

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00742-CR

The **STATE** of Texas,
Appellant

v.

Gustavo **VELAZQUEZ-CRUZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11803
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, we WITHDRAW our August 12, 2025 opinion and judgment in this case; REVERSE the trial court's order granting Gustavo Velazquez-Cruz's request for habeas relief; RENDER judgment denying Velazquez-Cruz's habeas application; and REINSTATE the information charging Velazquez-Cruz with the misdemeanor offense of criminal trespass.

SIGNED October 15, 2025.

_____
Lori I. Valenzuela, Justice